OPINION — AG — ** TRUSTS — " ELIGIBLE EMPLOYER " ** TRUSTS CREATED PURSUANT TO 60 O.S. 176 [60-176] ET SEQ. AS AMENDED, WITH MUNICIPAL BENEFICIARIES, MAY BE SUCH TRUSTS AS ARE CONTEMPLATED WITHIN THE MEANING OF " ELIGIBLE EMPLOYER " AS DEFINED IN 74 O.S. 902 [74-902](14), BUT WHETHER OR NOT ANY PARTICULAR TRUST THUS CREATED IS IN FACT AN " ELIGIBLE EMPLOYER " MUST BE DETERMINED AS A QUESTION OF FACT IN EACH CASE. (PUBLIC TRUST, RETIREMENT, GOVERNMENT) (JAMES H. GRAY)